

*[tłumaczenie z języka angielskiego]*

Genewa, 21 maja 2008 r.
Nr zamówienia: 1068186/84

8401931

Korespondencja do zachowania

**Posiadacz rachunku**
Ryna Capital Inc.

**Nr rachunku**
8.401931.0201 USD
IBAN CH48 0873 6084 0193 1020 1

**Informacja o obciążeniu rachunku**

**Dyspozycja płatnicza z IBAN**    *[napis biegnący w poprzek dokumentu: „kopia"]*

**Beneficjent**    **Rachunek w banku**
066600030    JP Morgan Chase
PENSON FINANCIAL SERVICES INC    (uprzednio JP Morgan Treasury)
    Nowy Jork

Obciążenie państwa rachunku    10 000 000,00 USD
    Data waluty: 22 maja 2008 r.

**Informacja**
Na należność dla NDV Investment
Company, A/C 3800 4503

Formularz bez podpisu    S.E. & O.

*[dane teleadresowe Dresner Bank]*

*[koniec dokumentu]*

Ja niżej podpisana Anna Mach, tłumacz języka angielskiego wpisany na listę tłumaczy przysięgłych prowadzoną przez Ministra Sprawiedliwości pod numerem TP/17/08, niniejszym poświadczam zgodność tłumaczenia z załączoną kopią dokumentu sporządzoną w języku angielskim. Uwagi tłumacza podano w nawiasach kwadratowych.

Nr repertorium: 699/2012

Warszawa, 25 września 2012 r.

Geneva, 21.05.2008
Order No: 1068186/84

8401931
Mail to be retained

**Account holder**
Ryna Capital Inc.

**Account No.**
8.401931.0201 USD

IBAN CH48 0873 6084 0193 1020 1

## Debit advice

**Payment order w.IBAN**

**Beneficiary**
066600030
PENSON FINANCIAL SERVICES INC

**Account with**
JP Morgan Chase
(Form. JP Morgan Treasury)
NEW YORK

At your debit

USD    10'000'000.00

Value date  22.05.2008

**Information**

FOR CREDIT TO NDV INVESTMENT
COMPANY, A/C 3800 4503



Form without signature

S.E. & O.

Dresdner Bank (Schweiz) AG    Utoquai 55         Postfach 264        CH-8034 Zurich      Tel. +41 44 258 5111    Fax +41 44 258 5252
Dresdner Bank (Suisse) SA     2 Place du Rhône   Case postale 5525   CH-1211 Genève 11   Tel. +41 22 318 9494    Fax +41 22 318 9595
Dresdner Bank (Svizzera) SA   Piazza Riforma     Casella postale 5824 CH-6901 Lugano     Tel. +41 91 922 9802    Fax +41 91 923 3177