Wydruk                                                                                      https://www.ibre.com.pl/mt/account/submitAccountHistory.do?co...



iBRE

# Historia rachunku

| Historia dla rachunku: | 98114020620000527850001001 | Data otwarcia: **23.12.2010** |
| Data księgowania: | 23.12.2010 - 23.12.2010 | Saldo otwarcia: **25 000,00 PLN** |
| Typ: | Obciążenia | |
| Opis transakcji (fragment): | penson | |

| Kod transakcji | Data księg. | Data waluty | Kwota | Waluta | Opis transakcji | Referencje |
|---|---|---|---|---|---|---|
| 983 | 23.12.2010 | 23.12.2010 | -2 500 000,00 | PLN | 983 Płatność zagraniczna wychodząca iBRE; na rach.: 39135521; dla: PENSON FINANCIAL SERVICES, INC 1700 PACIFIC AVE., STE. 1400 DALLAS TX 75201; tyt.: NDV INVESTMENT COMPANY ACCOUNT 3800 4503; waluta: PLN; kwota: 2500000,00; data NOSTRO: 23.12.2010; ref. MT103: FT10357143000002; TNR: 156980007045294.000002 | - |

|  | Uznania: | 0,00 |
|---|---|---|
|  | Obciążenia: | -2 500 000,00 |
|  | Saldo zamknięcia: | 25 000,00 |

1 z 1                                                                                                                                               2012-09-05 14:47