Wydruk                                               https://www.ibre.com.pl/mt/account/submitAccountHistory.do?co...



iBRE

# Historia rachunku

| | | |
|---|---|---|
| Historia dla rachunku: | 13114020620000527842001001 | Data otwarcia: **27.12.2010** |
| Data księgowania: | 27.12.2010 - 31.12.2010 | Saldo otwarcia: **7 371,23 PLN** |
| Opis transakcji (fragment): | penson | |

| Kod transakcji | Data księg. | Data waluty | Kwota | Waluta | Opis transakcji | Referencje |
|---|---|---|---|---|---|---|
| 983 | 29.12.2010 | 29.12.2010 | -2 000 000,00 | PLN | 983 Płatność zagraniczna wychodząca iBRE; na rach.: 39135521; dla: PENSON FINANCIAL SERVICES, INC 1700 PACIFIC AVE., STE. 1400 DALLAS TX 75201; tyt.: NDV INVESTMENT COMPANY ACCOUNT 3800 4503; waluta: PLN; kwota: 2000000,00; data NOSTRO: 29.12.2010; ref. MT103: FT10363143000013; TNR: 157040019134982.000002 | - |

|  |  |
|---|---|
| Uznania: | 0,00 |
| Obciążenia: | -2 000 000,00 |
| Saldo zamknięcia: | 25 000,00 |