

*[certified translation from the Polish language]*

Bank DnB NORD Polska S.A.
ul. Postępu 15C
02-676 Warsaw

## CONFORMATION OF TRANSACTION

**Details of the order**

| | |
|---|---|
| Type of order | Foreign transfer |
| Date | July 2nd 2009 |
| Urgent order | no |
| Status | performed |
| Sent from formula | CEO |
| Date of order | July 2nd 2009 09:26:15 |

**Information about the recipient**

| | |
|---|---|
| Ordering party's account no. | PL 83 2190 0002 3000 0046 2382 0301 |
| Ordering party's name | J.M. PROPERTY SP. Z O.O. SP. KOMANDYTOWA |
| Ordering party's address | Żelazna 59, 00-848 Warsaw |

**Information about the beneficiary**

| | |
|---|---|
| Beneficiary's account no. | 066600030 |
| Beneficiary's name | Penson Financial Services |
| Beneficiary's address | , |
| Country: | United States of America |

**Beneficiary's bank section**

| | |
|---|---|
| Name of the bank | JPMORGAN CHASE BANK, N.A. |
| Address of the bank | 4 New York Plaza, Floor 15 New York |
| Country | United States of America |
| SWIFT code | CHASUS33 |

**Information about the order**

| | |
|---|---|
| Amount | USD 3 000 000.00 |
| References of the ordering party | [no entry] |

**Title of the transfer section**

| | |
|---|---|
| Title of the transfer | For further credit to JM Property Sp. z o.o. Sp. k account 30013957 |

**Settlement of costs of the transfer**

Costs settled by             the ordering party
Account for charging commission *[no entry]*

**Information about employees**

| | |
|---|---|
| Entered by: | Konrad Kujawski 2009-07-02 08:29:32 |
| Signed by: | Jerzy Mendelka 2009-07-02 09:26:15 |
| Sent by: | Jerzy Mendelka 2009-07-02 09:26:15 |

Document issued on: September 27th 2012, 12:46:20

Electronically generated document, does not require stamp or signature.

Document drawn up under Article 7 of the Banking Law Act (Dz. U. *[Journal of Laws]* No. 140 of 1997, item 939 as amended)

**[end of document]**

*I, the undersigned Anna Mach, a sworn translator of the English language registered on the list of sworn translators issued by the Minister of Justice under number TP/17/08, hereby certify compliance of this translation with the attached copy of the document in the Polish language which was presented to me. Translator's comments have been provided in square brackets.*

*Translator's register number: 738/2012*

*Warsaw, October 3rd 2012*

DnB NORD Polska S.A.                                                                                      Strona 1 z 2

iNORD

Bank DnB NORD Polska S.A.
ul. Postępu 15C
02-676 Warszawa

## Potwierdzenie wykonanej operacji

**Szczegóły zlecenia**

| | |
|---|---|
| Typ zlecenia | Przelew zagraniczny |
| Data operacji | 02.07.2009 |
| Zlecenie pilne | NIE |
| Status | wykonane |
| Wysłano ze schematu | PREZES |
| Data zlecenia | 2009-07-02 09:26:15 |

**Dane zleceniodawcy**

| | |
|---|---|
| Rachunek zleceniodawcy | PL83 2190 0002 3000 0046 2382 0301 |
| Nazwa zleceniodawcy | J.M.PROPERTY SP.Z O.O. SP.KOMANDYTOWA |
| Adres zleceniodawcy | ŻELAZNA 59, 00-848 WARSZAWA |

**Dane beneficjenta**

| | |
|---|---|
| Rachunek beneficjenta | 066600030 |
| Nazwa beneficjenta | PENSON FINANCIAL SERVICES |
| Adres beneficjenta | , |
| Kraj | STANY ZJEDNOCZONE AMERYKI |

**Sekcja banku beneficjenta**

| | |
|---|---|
| Nazwa banku | JPMORGAN CHASE BANK, N.A. |
| Adres banku | 4 NEW YORK PLAZA, FLOOR 15 NEW YORK |
| Kraj | STANY ZJEDNOCZONE AMERYKI |
| Kod SWIFT | CHASUS33 |

**Dane zlecenia**

| | |
|---|---|
| Kwota | 3 000 000,00 USD |
| Referencje zleceniodawcy | |

**Sekcja tytułu przelewu**

| | |
|---|---|
| Tytuł zlecenia | FOR FURTHER CREDIT TO JM PROPERTY SP. Z O.O. SP.K ACCOUNT 30013957 |

**Rozliczenie kosztów przelewu**

| | |
|---|---|
| Sposób rozliczenia kosztów | zleceniodawca |
| Rachunek do pobrania prowizji | |



DnB NORD Polska S.A.

Strona 2 z 2

**Dane pracowników**

| | | |
|---|---|---|
| Wprowadzone przez | KONRAD KUJAWSKI | 2009-07-02 08:29:32 |
| Podpisane przez | JERZY MENDELKA | 2009-07-02 09:26:15 |
| Wysłane przez | JERZY MENDELKA | 2009-07-02 09:26:15 |

Data wystawienia dokumentu: 27.09.2012, 12:46:20

Dokument wygenerowany elektronicznie, nie wymaga pieczęci ani podpisu.

Dokument sporządzony na podstawie art. 7 Ustawy Prawo Bankowe (Dz. U. Nr 140 z 1997 roku, poz. 939 z późniejszymi zmianami)

