**PENSON**

**Penson Financial Services**
**New Account Approval Form**

Account Number: 3800 4505

Cash ____ Mgn. ✓ Short ____ Optn. ____ IRA ____ Office Code: 73 RR# CC Acct. Open Date: _____

Is this account for a Foreign Bank? ☐ YES / ☒ NO. If yes, please list U.S. agent for service of process: _____

**Name of Primary Account Holder or Title of Account:** NDV INVESTMENT COMPANY
(Write name exactly as it appears on Social Security Card or Fed ID Registration)

**Name of Secondary Acct. Holder:** _____

### Primary Account Holder Information:

| | | | |
|---|---|---|---|
| SSN, Fed ID, Cedula, NIT#: | | Home Telephone | 869 469 7040 |
| Residential Address: (No PO Boxes) | SUITE 4, TEMPLE BUILDING, MAIN & PRINCE WILLIAM | | |
| City, State, Zip | CHARLESTOWN, NEVIS | | |
| Mailing Address (if different) | SAME AS ABOVE | | |
| City, State, Zip | | Drivers License # | |
| Employer's Name | | Occupation | |
| Employer's Address | | Employer's Telephone | |
| City, State, Zip | | | |
| Email Address | | Date of Birth | |
| Associated person of a Broker? | Yes ☐ / No ☒ (If Yes, please name) | | |

**Secondary Account Holder Information (If Joint Acct.):** ☐ YES / ☐ NO – Is Secondary Account holder the Spouse of Primary Account Holder?

| | | | |
|---|---|---|---|
| SSN, Fed ID, Cedula, NIT#: | | Home Telephone | |
| Residential Address: (No PO Boxes) | | | |
| City, State, Zip | | | |
| Mailing Address (if different) | | | |
| City, State, Zip | | Drivers License # | |
| Employer's Name | | Occupation | |
| Employer's Address | | Employer's Telephone | |
| City, State, Zip | | | |
| Email Address | | Date of Birth | |
| Associated person of a Broker? | Yes ☐ / No ☐ (If Yes, please name) | | |

### Citizenship Information:

**Primary:**
Are you a U.S. Citizen? Yes ☐ / No ☒
Resident Alien? Yes ☐ / No ☒ Country of Birth _____
Non-Resident Alien? Yes ☐ / No ☐ Country Residing In _____

**Secondary:**
Are you a U.S. Citizen? Yes ☐ / No ☐
Resident Alien? Yes ☐ / No ☐ Country of Birth _____
Non-Resident Alien? Yes ☐ / No ☐ Country Residing In _____

### Investment Objectives: (* If more than one, please rank 1-8)

| | | |
|---|---|---|
| ☐ | Long term growth with safety (long term capital appreciation with relative safety of principal) | A |
| ☐ | Short term growth with high risk (Appreciation with acceptance of high risk) | B |
| ☐ | Speculative (want increase in value of investments – High Risk) | C |
| ☐ | Income (want to use proceeds of the acct. as a source of income) | H |
| ☐ | Growth and Income (preserve capital as much as possible) | I |
| ☐ | Long term growth with greater risk – Aggressive Growth (trade volatile securities that have wide changes in price) | J |
| ☐ | Balanced (Diversification of asset classes for equal blend of income and long-term growth) | M |
| ☒ | Capital Appreciation (High Risk, capital growth invested primarily in stocks and options) | N |

### Tax Information:

| | |
|---|---|
| # Of Dependents | |
| Tax Status: | 0 % |
| Initial Deposit | $10,000,000 |
| Initial Transaction | STOCK PURCHASE |

Marital Status  ☐ S / ☐ M / ☐ D / ☐ W

**Signature: Primary** _____ **Secondary** _____

Penson New Account Approval Form Page 1 of 2

07/2006

# Penson Financial Services
## New Account Approval Form

**Account Number:** 3800 4503

PENSON

Cash ___ Mgn. ✓ Short ___ Optn. ___ IRA ___ Office Code: 75 RR# C C  Acct. Open Date: ___

## Client Information:

| | |
|---|---|
| How long has account holder known the Broker? | 7 YEARS |
| Who were you introduced by? | REFERRAL |
| Is account holder a control person? (Officer, Director or 10% stock owner)  ☐ Yes / ☑ No | |
| If Yes, Please list the company(s) controlled & position | |

Is client an employee of Insurance Co., Bank, Fund, Securities firm or Investment Advisor? ☐ Yes / ☐ No

## Income:

| | |
|---|---|
| ☐ | $0 - 24,999 |
| ☐ | $25,000 - 39,999 |
| ☐ | $40,000 - 64,999 |
| ☐ | $65,000 - 124,999 |
| ☐ | $125,000 - 249,999 |
| ☐ | $250,000 - $499,999 |
| ☐ | $500,000 - $999,999 |
| ☑ | $1,000,000 - Over |

## Net Worth: (Excluding Primary Residence)

| | |
|---|---|
| ☐ | $0 - 25,000 |
| ☐ | $25,000 - 39,999 |
| ☐ | $40,000 - 64,999 |
| ☐ | $65,000 - 124,999 |
| ☐ | $125,000 - 249,999 |
| ☐ | $250,000 - $499,999 |
| ☐ | $500,000 - $999,999 |
| ☑ | $1,000,000 - Over |

## Liquid Net Worth:

| | | |
|---|---|---|
| ☐ | $0 - 25,000 | A |
| ☐ | $25,000 - 39,999 | B |
| ☐ | $40,000 - 64,999 | C |
| ☐ | $65,000 - 124,999 | D |
| ☐ | $125,000 - 249,999 | E |
| ☐ | $250,000 - $499,999 | F |
| ☐ | $500,000 - $999,999 | G |
| ☑ | $1,000,000 - Over | H |

## Payment Instructions:

**Securities:**
- ☐ Transfer & Ship (1)
- ☑ Hold St Name (2)

**Money:**
- ☐ Pay (1)
- ☑ Hold (7)

**Dividends:**
- ☐ Pay Weekly (1)
- ☐ Pay Monthly (1)
- ☑ Hold (4)

Principal & Maturity: ☑ Credit to Account   ☐ Send Payment
Process checks: ☐ Monthly   ☐ Weekly
Money Market Sweeps ☑ Yes / ☐ No – If Yes, List Fund R&T

## Investment Experience:

| | Yrs | Avg Size | Avg # P/Yr |
|---|---|---|---|
| Options | 7 | 20K | 15 |
| Stocks | 7 | 10CK | 30 |
| Bonds | 7 | 2cK | 5 |
| Commodities | — | — | — |
| Other (specify) | | | |

## Type of Registration:

- ☐ Individual  /  ☐ Joint Community Property  /  ☐ Payable on Death (Individual)
- ☐ Joint Tenants In Entirety  /  ☐ Joint with Rights of Survivorship (except in LA)  /  ☐ Joint Tenants In Common
- ☐ Joint with Rights of Survivorship & Payable on Death (except in LA)  /  ☐ Transfer on Death
- ☐ UGMA/ ☐ UTMA  (Provide DOB & SSN for minor)   SSN_____  DOB_____
- ☐ Retirement Account – Type _____  /  ☐ Foreign Non-Resident Alien  /  ☐ Resident Alien
- ☑ Other (Circle): Corporate, (LLC), Trust, Partnership, Estate, Non-Profit, Sole Proprietorship, Investment Club

## Credit References:

| | |
|---|---|
| Bank | WACHOVIA |
| Branch | |
| Type of Acct.: | |
| Broker | |

## Duplicate Confirmations:
Please send Duplicate confirms to the following address

## Authorized Person:
If a person, other than the primary and/or secondary account holder will be operating this account, list Name, Address, ID# & Employer

Is this a Discretionary account?   Yes   No   (Circle One)

## Customer and Authorized Person's Signature:

Primary Account Holder: [signature]   Date: 4/8/2008
Secondary Account Holder: _____   Date: _____
Authorized Person (if Applicable): _____   Date: _____

## Broker Use Only:

| | |
|---|---|
| Registered Rep Signature | |
| Branch Manager Signature | |
| Designated Officer Signature | |

## Daytrading:

Approved for Day Trading Strategy? ☐ YES / ☐ NO
Was Daytrading Risk Disclosure Statement Delivered? ☐ YES / ☐ NO
Date Daytrading Disclosure was delivered _____

Penson New Account Approval Form Page 2 of 2

07/2006

# PENSON FINANCIAL SERVICES, INC.
## AND/OR BROKER DEALERS
## FOR WHICH IT CLEARS

### CUSTOMER ACCOUNT, MARGIN AND SHORT ACCOUNT AGREEMENT

**Account Number:** 3800 4503

**Full Name and Address on Account:**
NDV INVESTMENT COMPANY
SUITE 4, TEMPLE BUILDING
HAIN & PRINCE WILLIAM ST.
CHARLESTOWN, NEVIS

**Social Security Number / Employment Identification Number:**

The TIN provided must match the name given to avoid backup withholding.

### CERTIFICATION OF TAXPAYER ID NUMBER (SUBSTITUTE W-9)
*(Please skip this section if you are not a U.S. Person for Tax Purposes)*

Check appropriate box(es):  ☐ Individual/Sole Proprietor  ☐ Corporation  ☐ Partnership  ☒ Other LLC  ☐ Exempt from Backup Withholding

Under penalty of perjury I certify that:

(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me) and
(2) I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual retirement account (IRA), and payments other than interest and dividends)
(3) I am a U.S. person (including a U.S. resident alien)

**Certification Instructions** —You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature_____  Date_____

### DISCLOSURE OF NAME/ADDRESS ON SECURITIES YOU OWN

Under rule 14b-1(c) of the Securities Exchange Act, we are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects. Please check below if you do not want your ownership disclosed. By not checking below, you acknowledge that your ownership information may be transmitted to a third party for the processing and reporting of such information.

__✓__ I object to the disclosure of such information

### AUTHORIZATION TO EARN INTEREST ON FUNDS AWAITING INVESTMENT

This is to confirm my intention to reinvest cash credit balances held by you in my name, and I further confirm that this cash credit balance is being maintained with you solely for the purpose of reinvestment. I understand that cash balances of up to $100,000 are protected by the Securities Investor Protection Corporation (SIPC), but that SIPC coverage is not available for funds maintained solely for the purpose of earning interest.

BY SIGNING BELOW, THE UNDERSIGNED AGREES TO ALL TERMS OF THE CUSTOMER AGREEMENT PRINTED ON THIS SIDE AND THE REVERSE OF THIS DOCUMENT. THE UNDERSIGNED ACKNOWLEDGES RECEIPT OF A COPY OF THIS AGREEMENT, THE INFORMATION BROCHURE PREPARED BY PENSON FINANCIAL SERVICES, INC., AND PENSON'S PRIVACY POLICY. THE UNDERSIGNED CERTIFIES THAT THE UNDERSIGNED HAS READ AND UNDERSTANDS ALL PROVISIONS OF THIS AGREEMENT. THIS AGREEMENT BENEFITS PENSON FINANCIAL SERVICES, INC., INTRODUCING BROKERS FOR WHICH IT CLEARS AND PERSONS RELATED TO EACH OF THE FOREGOING. THE REVERSE SIDE OF THIS AGREEMENT, PARAGRAPH 8, CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE.

**Important information about procedures for opening a new account:** To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. **What this means to you:** when you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Date of Delivery of Privacy Policy __4/8/2008__

BY SIGNING BELOW, THE UNDERSIGNED AGREES TO ALL TERMS OF THE MARGIN AND SHORT ACCOUNT AGREEMENT PRINTED ON THIS SIDE AND THE REVERSE SIDE OF THIS DOCUMENT. THE REVERSE SIDE OF THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE IN PARAGRAPH 8. The undersigned acknowledges that the undersigned's margin account securities may be borrowed by you or loaned to others. The undersigned also acknowledges receipt of a copy of this Agreement and a copy of the Margin Risk Disclosure Statement.

Date of Delivery of Margin Risk Disclosure Statement __4/8/2008__

**For Use by Individuals, including joint accounts:**

X Signature _____

Print Name __JERZY MENDELKA__

Signature (Second Party, If Joint Account) _____

Print Name _____

Date _____

**For use by entity accounts only (i.e. corporations, partnerships, trusts):**

Is this account a foreign bank?  ☐ Yes  ☒ No – If Yes, please list Agent for service of process _____

Is this account for a foreign shell bank?  ☐ Yes  ☒ No

Does this firm offer services to a foreign shell bank?  ☐ Yes  ☒ No

If you answered yes to any of the above questions, Corporation will need to complete Certification Regarding Correspondent Accounts

X Signature _____

Print Name __JERZY MENDELKA__

Title __MANAGER__    Date __4/8/2008__

**1. Applicable Rules and Regulations.** All transactions shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market and its clearing house, if any, upon which such transactions are executed, except as otherwise specifically provided in this Agreement.

Penson Combined CAG/Margin - 11/2007

Page 1

Account # 3800 4503

## Limited Liability Company (LLC) Authorization

To: Penson Financial Services, Inc.

You are authorized and empowered to open and carry an account in the name of: NDV INVESTMENT COMPANY . (Name of Limited Liability Company) a Limited Liability Company (LLC) organized under the laws of NEVIS and having its principal place of business in CHARLESTOWN, NEVIS .

This LLC is managed by its ☐ Member(s) ☑ Manager(s) (please check one). This LLC is empowered to (i) establish a ☐ Cash Account ☑ Margin Account (please check one) for the purchase and sale (including short sales if this is a margin account) of stocks, bonds, options and other securities, commodities and commodity futures, on margin (if this is a margin account) or otherwise, on exchanges of which you are members or otherwise. The Account shall be governed by the terms and conditions of the Penson Financial Services Client Agreement.

Any of the following persons, to-wit:

1. JERZY MENDELKA
   (Person Authorized to Give Orders)

2. _____
   (Person Authorized to Give Orders)

3. _____
   (Person Authorized to Give Orders)

4. _____
   (Person Authorized to Give Orders)

is hereby authorized to give written or oral instructions by telephone or otherwise to you to buy or sell (including short sales if this is a margin account) stocks, bonds, options and other securities, commodities and commodity futures, either for immediate or future delivery, and to borrow money in the name of this LLC from or through you, and to secure payment therefore with property of this LLC from or through you, and to secure payment therefore with property of this LLC. Any of the persons above named shall at all times have authority in every way to bind and obligate this LLC for the carrying out of any contract, arrangement or transaction which he or she shall, for or on behalf of this LLC, enter into or make with or through you. Notwithstanding the foregoing, you are authorized in your discretion to require action by any combination of its members or its managers with respect to any matter concerning the Limited Liability Company account, including but not limited to the giving or cancellation of orders and the withdrawal of money, securities, futures, or commodities.

You are authorized to receive from this LLC checks and drafts drawn upon its funds by any of the persons above named or any employee of this LLC and apply the same to the credit of this LLC or its account. You are also authorized to receive from any of the persons above named, or any employee of this LLC, stocks, bonds, options and other securities, as collateral or margin (if this is a margin account) upon this account of this LLC, and to accept instructions from any of the persons above named as to the delivery of stocks, bonds, options and other securities for the account of this LLC and at his or her direction to cause certificates of stock, bonds, options and other securities held in said account to be transferred to the name of any of the persons above named or of this LLC in the discretion of any of the persons above named. Delivery to such person of such stocks, bonds, options, and securities, issued as directed by him or her shall be deemed delivery to this LLC. Notwithstanding the foregoing, you are authorized in your discretion to require action by any combination of its members or its managers with respect to any matter concerning the Limited Liability Company account, including but not limited to the giving or cancellation of orders and the withdrawal of money, securities, futures, or commodities. All confirmations, notices and demands upon this LLC may be delivered by you orally or in writing or by telephone, telegraph, to any of the persons above named who severally is authorized to empower and any person or persons that he or she deems proper at any time or times to do any and all things that he or she is hereinbefore authorized to do.

We, the undersigned certify that a correct list of the members (and manager(s), if the LLC is managed by manager(s) comprising said LLC is set forth on the list attached hereto.

Revised 10-2003
Limited Liability Company (LLC) Authorization

Page 1 of 2

The Corporation is formed to engage in the business of _HOLDING COMPANY_ and represents that it is not a commodity pool operator.    Account # _38004503_

We further certify that all transactions, which may be entered into in, said account, or which may have been entered into ("the transactions"), are authorized under the LLC's organizational documents including but not limited to the articles of organization (or similar document property filed) and the operating agreement (or similar type of agreement) of the undersigned.

We hereby represent and warrant to you that each member of the LLC has the legal ability to participate in said LLC according to the laws of the state (i) in which said LLC has been organized and (ii) in which such member is domiciled, and to enter into the transactions. We further represent and warrant that all members (or manger(s)) who are natural persons have reached the age of legal majority.

In case of the death or withdrawal of any one of said members or termination of an authorized manager, if applicable, or in the case of the termination or dissolution of said LLC, we agree to notify you promptly and to execute any supplementary authorization which you may require in such event. If we do not notify you, we hereby authorize you to continue to receive orders in said account which may be given to you by any one of persons above named then surviving and to execute the same and treat all monies, options, futures, securities, or other property to the credit of said account as the property of the remaining member(s) subject to the order of any of the persons above named as the case may by.

This authorization shall also inure to the benefit of your successors, by merger, consolidation, or otherwise and assigns.

This authorization shall continue until signed, more of revocation is received by or from you and in case of such revocation it shall continue effective as to transactions entered into prior thereto.

**If managed by members, ALL MEMBERS must provide information and sign below. If manager-run, ALL MANAGERS must fill in information and sign below.**

| Name: JERZY MENDELKA | | Signature: | |
|---|---|---|---|
| Date: | SSN, Fed ID, Cedula, NIT# | ID # | |
| | ID Type: PASSPORT | Expiration Date: 5/6/2012 | Issued By: POLAND | Issue Date: 5/6/2002 |

| Name: | | Signature: | |
|---|---|---|---|
| Date: | SSN, Fed ID, Cedula, NIT# | ID # | |
| | ID Type: | Expiration Date: | Issued By: | Issue Date: |

| Name: | | Signature: | |
|---|---|---|---|
| Date: | SSN, Fed ID, Cedula, NIT# | ID # | |
| | ID Type: | Expiration Date: | Issued By: | Issue Date: |

| Name: | | Signature: | |
|---|---|---|---|
| Date: | SSN, Fed ID, Cedula, NIT# | ID # | |
| | ID Type: | Expiration Date: | Issued By: | Issue Date: |

As defined in Section 5318(j) of Title 31 United States Code, the Corporation is a shell bank: ☐ YES ☒ NO; or a business offering services to a shell bank: ☐ YES ☒ NO; or a foreign bank: ☐ YES ☒ NO. If YES, please complete and return the Certification Regarding Correspondent Accounts.

Revised 10-2003
Limited Liability Company (LLC) Authorization                                            Page 2 of 2

| Form **W-8BEN** (Rev December 2000) Department of the Treasury Internal Revenue Service | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding** ▶ Section references are to the Internal Revenue Code. ▶ See separate instructions. ▶ Give this form to the withholding agent or payer. Do not send to the IRS | OMB No 1545-1621 |
|---|---|---|

Do not use this form for:                                                                                               Instead, use Form:
- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . . . . . . W 9
- A person claiming an exemption from U.S. withholding on income effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . W-8ECI or W-8EXP

Note: *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

Note: *See instructions for additional exceptions.*

### Part I   Identification of Beneficial Owner (See instructions.)

**1** Name of individual or organization that is the beneficial owner: **NDV INVESTMENT COMPANY**

**2** Country of incorporation or organization: **NEVIS**

**3** Type of beneficial owner:
- [ ] Individual
- [x] Corporation
- [ ] Disregarded entity
- [ ] Partnership
- [ ] Simple trust
- [ ] Grantor trust
- [ ] Complex trust
- [ ] Estate
- [ ] Government
- [ ] International organization
- [ ] Central bank of issue
- [ ] Tax-exempt organization
- [ ] Private foundation

**4** Permanent residence address (street, apt or suite no., or rural route) Do not use a P.O. box or in-care-of address.
**SUITE 4, TEMPLE BUILDING, MAIN & PRINCE WILLIAM STREET**

City or town, state or province. Include postal code where appropriate: **CHARLESTOWN**
Country (do not abbreviate): **NEVIS**

**5** Mailing address (if different from above):

**6** U.S. taxpayer identification number, if required (see instructions)  [ ] SSN or ITIN  [ ] EIN

**7** Foreign tax identifying number, if any (optional):

**8** Reference number(s) (see instructions):

### Part II   Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):
- **a** [x] The beneficial owner is a resident of **NEVIS** within the meaning of the income tax treaty between the United States and that country.
- **b** [ ] If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
- **c** [ ] The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
- **d** [ ] The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
- **e** [ ] The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** Special rates and conditions (if applicable—see instructions). The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ............ % rate of withholding on (specify type of income) ............................ Explain the reasons the beneficial owner meets the terms of the treaty article: ....................................................

### Part III   Notional Principal Contracts

**11** [ ] I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
- I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates.
- The beneficial owner is not a U.S. person.
- The income to which this form relates is not effectively connected with the conduct of a trade or business in the United States or is effectively connected but is not subject to tax under an income tax treaty, and
- For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶ Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY) **04-08-2008**    Capacity in which acting **MANAGER**

For Paperwork Reduction Act Notice, see separate instructions.    Cat No 25047Z    Form **W-8BEN** (Rev 12-2000)

A# 3800 4503