12-y Stycznia, 2012

POROZUMIENIE UGODOWE

W Zgodzie z dzisiejszymi ustaleniami - do konca stycznia 2012 zostana przekazane uzgodnione srodki z konta NDV Investment Company na rzecz J.M. Inwest Sp. Z o.o. co umozliwi zakup nieruchomosci zlokalizowanej przy Żelaznej 54 przez J.M. Inwest. TWS Investment Partners przekarze w ramach ugodowej rekompensaty na rzecz NDV Investment Company kwote 500,000.00 (pięćset tysięcy) USD oraz 1,300,000 (milion trzysta tysięcy) PLN. Rekompensata ugodowa zrealizowana zostanie do dnia 28-ego lutego, 2012.

Powyzsze zostalo uzgodnione i podpisane przez strony ugody w dwoch egzemplarzach po jednym dla każdej ze stron.

JERZY MĘDRECKI

Za NDV Investment Company

ROMAN SLEDZIEJOWSKI

Za TWS Investment Partners

*Certified Translation from Polish*

[The document has one page].

12th January 2012

### SETTLEMENT AGREEMENT

Pursuant to our today's arrangements – by the end of January 2012 the agreed funds from the account of NDV Investment Company will be transferred to J.M. Inwest Sp. z o.o. This will allow purchase of the real property located at Żelazna Str. 54 by J.M. Inwest. Within the agreed compensation, TWS Investment Partners will provide NDV Investment Company with the amount of USD 500,000.00 (five hundred thousand) and PLN 1,300,000 (one million three hundred thousand). The settlement compensation will be completed by 28th February 2012.

This agreement has been concluded and signed by the parties to the settlement in two counterparts, one for either party.

| | |
|---|---|
| Jerzy Mendelka | Roman Sledziejowski |
| [an illegible signature] | [an illegible signature] |
| For NDV Investment Company | For TWS Investment Partners |

*****************************************************************************

"I, sworn translator of the English language, Agnieszka Czapka, registered on the list of translators maintained by the Ministry of Justice with number TP/10/11, hereby certify the consistency of the hereinabove translation with the original document in Polish presented to me, in witness whereof I affix my signature and seal. Warsaw 3rd October, 2012 Register no. 1198/2012."
Number of translation units: 1

