Translation No. 040213D1.1GM

New York, 09/07/2012

# PRELIMINARY AGREEMENT
# BEFORE ENTERING INTO LEGAL DEED

Whereas <u>JERZY MENDELKA</u> is the only authorized NDV Investment Company accountholder, today's value of said account being 16,922,882.23 USD (sixteen-million-nine-hundred-twenty-two-thousand-eight-hundred-eighty-two and 23/100 United States dollars) in a MONEY MARKET FUND.

Whereas <u>ROMAN SLEDZIEJOWSKI</u>, via TWS Capital Partners, effected the placement of 16,922,882.23 USD (sixteen-million-nine-hundred-twenty-two-thousand-eight-hundred-eighty-two and 23/100 United States dollars) in the MONEY MARKET FUND, which has been temporarily frozen.

<u>ROMAN SLEDZIEJOWSKI</u> personally, as well as TWS Capital Partners, are jointly and severally responsible and agree to settle accounts with the MONEY MARKET FUND and pay to NDV Investment Company's account an amount in excess of 16,500.000 USD (sixteen-million-five-hundred-thousand United States dollars). <u>ROMAN SLEDZIEJOWSKI</u>, on his own behalf and that of TWS Capital Partners, personally guarantees said settlement with his own assets and those of TWS Capital Partners, and agrees to put the foregoing agreement in the form of a notarized deed. He will also see to it that <u>JERZY MENDELKA</u>, as the authorized representative of NDV Investment Company, will have full access to the assets currently in the MONEY MARKET FUND.

<u>ROMAN SLEDZIEJOWSKI</u>, on his own behalf and that of TWS Capital Partners, warrants that the settlement of the MONEY MARKET FUND and transfer of said amount in excess of 16,500.000 USD (sixteen-million-five-hundred-thousand United States dollars) will take place by September 7, 2013 at the latest, although he will make every effort to effect the payment before that date.

<u>ROMAN SLEDZIEJOWSKI</u> warrants that until the settlement of the MONEY MARKET FUND, he will personally loan <u>JERZY MENDELKA</u> 2,000,000 USD (two-million United States dollars) in installments by October 20, 2012, with the first installment of 500,000 USD (five-hundred-thousand United States dollars) to be transferred to the designated bank account by September 20, 2012.

<u>ROMAN SLEDZIEJOWSKI</u> warrants that the website he has indicated reflects the assets of NDV Investment Company and that the site is operated by TWS Financial LLC and is a bona-fide website approved by financial institution regulatory agencies.

| JERZY MENDELKA | ROMAN SLEDZIEJOWSKI |
|---|---|
| [illegible signature] | [illegible signature] |
| JERZY MENDELKA | ROMAN SLEDZIEJOWSKI |