Geneva, 10.12.2008
Order No: 1220592/84

8401974
Mail to be retained

**Account holder**
Ryna Capital Inc.
**Portfolio**
01
**Account No.**
8.401974.0201 USD

IBAN CH75 0873 6084 0197 4020 1

# Credit advice

| Payment |
|---|

**Payer**

Bank of America N.A.
(Form. Bankamerica Internat.)
NEW YORK N.Y. 10017

In your favour

| USD | 250'000.00 |
|---|---|

Value date  10.12.2008

**Information**
/483012821302
INNOVEST HOLDINGS LLC
OPERATING ACCOUNT, OSSINING, NY

2008120900139020

Form without signature                                                                                          S.E. & O.

Dresdner Bank (Schweiz) AG    Utoquai 55          Postfach 264           CH-8034 Zürich      Tel. +41 44 258 5111    Fax +41 44 258 5252
Dresdner Bank (Suisse) SA     2 Place du Rhône    Case postale 5525      CH-1211 Genève 11   Tel. +41 22 318 9494    Fax +41 22 318 9595
Dresdner Bank (Svizzera) SA   Piazza Riforma      Casella postale 5824   CH-6901 Lugano      Tel. +41 91 922 9802    Fax +41 91 923 3177